IN THE UNITED STATES BANKRUPTCY COURT
For the EASTERN DISTRICT of MICHIGAN
FLINT DIVISION

In re:  
Danielle Lab

          Debtor(s)

Chapter: 7  
Case Number: 16-32717-DSO  
Assigned to the Honorable:

REQUEST FOR SPECIAL NOTICE  
[NO Hearing Required]

TO THE CLERK:

The undersigned attorneys for:

UNITED CONSUMER FINANCIAL SERV  
Merchant Name: RAINBOW CLEANING SYSTEM

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that UNITED CONSUMER FINANCIAL SERV be given and served with all notices given or required to be given in the case as follows:

UNITED CONSUMER FINANCIAL SERV  
Bass & Associates, P.C.  
3936 E. Ft. Lowell Road, Suite #200  
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 12/19/16  
Account Number: ****1131

Respectfully submitted,  
Bass & Associates, P.C.

By: /s/ Patti H. Bass (AZ 016849)  
    Attorneys for Creditor  
    UNITED CONSUMER FINANCIAL SERV  
    3936 E Ft Lowell Rd Suite 200  
    Tucson, AZ 85712-1083  
    (520) 577-1544  
    ecf@bass-associates.com